# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRES ELOY CONTRERAS GARCIA,

Petitioner(s),

v.

FACILITY ADMINISTRATOR, NORTHWEST ICE PROCESSING CENTER, et al.,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C26-4156-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the unopposed petition (Dkt. No. 1) and ORDERS that Petitioner shall be released from detention no later than November 8, 2026.

Dated November 7, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk